**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-7655

RICHARD JANSEN,

Plaintiff - Appellant,

versus

MARYLAND PAROLE COMMISSION; RUTH OGLE, Parole
Hearing Officer; ATTORNEY GENERAL, Joseph
Curran,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
02-791-CCB)

Submitted: April 17, 2003          Decided: April 22, 2003

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Jansen, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Baltimore, Maryland; Susan Howe Baron, DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONAL SERVICES, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Jansen appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Jansen v. Maryland Parole Comm'n</u>, No. CA-02-791-CCB (D. Md. Oct. 15, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>